**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Eddie Thomas JACKSON, Defendant—
Appellant.**

No. 06–7902.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 15, 2007.

Decided: Feb. 26, 2007.

Eddie Thomas Jackson, Appellant Pro Se. Alfred William Walker Bethea, Jr.,

Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eddie Thomas Jackson appeals a district court order denying his motion to compel the Government to file a Federal Rules of Criminal Procedure Rule 35(b) motion. We have reviewed the record and the district court's order and affirm for the reasons cited by the district court. *See United States v. Jackson*, No. 4:00–cr–00607–CWH (D.S.C. Oct. 26, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*